**STATE OF NEW YORK**      **COUNTY OF NEW YORK**
**UNITED STATES DISTRICT COURT**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

| Docket / Index # | |
|---|---|
| | 1:22-cv-10150-LGS |
| **Date Filed:** | **November 30, 2022** |
| PDY # | PDY12418 |

**Attorney(s):** SANDERS LAW GROUP   **Phone #** (516) 203-7600
    **Address:** 333 Earle Ovington Blvd. Suite 402, Uniondale, NY 11553   **File #**

YADIRA MORALES

vs

*Plaintiff / Petitioner*

STATE COLLECTION SERVICE, INC.

*Defendant / Respondent*

STATE OF NEW YORK, COUNTY OF NASSAU          **AFFIDAVIT OF SERVICE**

John Hudak, being duly sworn deposes and says that deponent is not a party to this action, is over the age of 18 years and resides in the State of New Jersey. That on December 6, 2022 at 1:40 PM, at C/O C T CORPORATION SYSTEM - 28 LIBERTY STREET, New York, NY 10005, deponent served the within

SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH SUPPORTING DOCUMENT(S)

on: EXPERIAN INFORMATION SOLUTIONS, INC., Defendant therein named.
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

| | | |
|---|---|---|
| **#1**<br>Individual | ☐ | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| **#2**<br>Corporation | ☒ | By delivering thereat a true copy of each to _____ CARLOS BOBE _____ personally, deponent knew the person so served to be the _____ AUTHORIZED AGENT _____ of the corporation, and authorized to accept service on behalf of the corporation. |
| **#3**<br>Suitable Age Person | ☐ | By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [☐] actual place of business     [☐] dwelling house (usual place of abode) within the state. |
| **#4**<br>Affixing To Door | ☐ | By affixing a true copy of each to the door of said premises, which is recipient's: [☐] actual place of business    [☐] dwelling house (place of abode) within the state. <br> Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat <br> on _____ at _____ <br> on _____ at _____ <br> on _____ at _____ <br> on _____ at _____ <br> Address confirmed by _____ |
| **#5**<br>Mail Copy | ☐ | On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. |
| **#6**<br>Description<br>(see With #1, 2 Or 3) | ☒ | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: <br> *Sex:* Male   *Color of Skin:* White   *Color of Hair:* Brown   *Age:* 41 - 45 Yrs.   *Height:* 5' 9" - 5' 11"   *Weight:* 200 - 240 LBS <br> *Other Features:* |
| **#7**<br>Wit. Fees | ☐ | _____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient. |
| **#8**<br>Military Service | ☐ | _____ |
| **#9**<br>Other | ☐ | _____ |

Sworn to before me on: 12/9/22

_____
Victoria Acevedo
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AC6363676
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES 08/28/2025

_____
John Hudak
Server's Lic # 1392295
Invoice / Work Order # W1030405