UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yadira Morales,

    Plaintiff,

v.

State Collection Service, Inc. and Experian Information Solutions, Inc.,

    Defendants.

Case No: 1:22-cv-10150-LGS

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and State Collection Service, Inc., and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice against State Collection Service, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 9, 2023

**LIPPES MATHIAS LLP**

By: _____
Brendan H. Little, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Tel: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com
*Attorneys for Defendant*

**SANDERS LAW GROUP**

By: _____
Nicola C. Richards, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: nrichards@sanderslaw.group
File No.: 126456
*Attorneys for Plaintiff*