UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
YADIRA MORALES, :
                                 Plaintiff, :       22 Civ. 10150 (LGS)
:
       -against- :       ORDER
:
EXPERIAN INFORMATION SOLUTIONS, :
INC., :
                                Defendant. X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued December 9, 2022, set an initial pretrial conference in this case for January 25, 2023, and directed the parties to submit a joint letter and proposed case management plan seven days prior to the conference.

    WHEREAS, on December 9, 2022, Plaintiff filed proof of service of Defendant Experian Information Solutions, Inc. ("Experian") on ECF. Experian has not yet appeared.

    WHEREAS, on January 11, 2023, the Court approved a stipulation of voluntary dismissal of Defendant State Collection Service, Inc. from this action.

    WHEREAS, the parties have not filed the joint letter and proposed case management plan. It is hereby

    **ORDERED** that, if Plaintiff is in communication with Defendant Experian, the parties shall file the joint letter and proposed case management plan as soon as possible, and no later than **January 20, 2023**. If Plaintiff is not in communication with Defendant, Plaintiff shall file a status letter on ECF by **January 20, 2023**, requesting adjournment of the initial conference and describing her efforts to provide actual notice of this lawsuit to Experian.

Dated: January 19, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE